UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-166M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JANE E. LUNBECK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Possession of Stolen Mail; Bank Fraud; Aggravated Identity Theft

<u>Date of Detention Hearing</u>:   April 13, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is charged with possessing stolen mail taken without authorization from

mailboxes, and using the stolen mail to use counterfeit identity documents and counterfeit checks.

(2) Defendant has a lengthy criminal record that includes forgery charges dating back to 1989. The defendant was on bond for two separate state forgery charges at the time of her arrest for the instant federal charges, and also had charges pending in Pierce County for identity theft, forgery, and controlled substance violations. According to the National Crime Information Center, the defendant is associated with eight alias names and two dates of birth. The defendant admits to current methamphetamine use.

(3) The defendant poses a risk of nonappearance due to an unstable residence, association with multiple alias forms of identification, pending state charges and illegal substance use. She poses a risk of danger due to her criminal history, and the similarity between the instant charges and multiple other state charges pending at the time of her arrest.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 2

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  13th  day of  April , 2006.

Mary Alice Theiler
United States Magistrate Judge